EDWARD A. TREDER
State Bar No. 116307
DANIEL A. VALENZUELA
State Bar No. 283138
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
400 Exchange, Suite 100
Irvine, California 92602
(949) 265-9940 – Phone
(949) 236-5567 – Fax
Email: DanielVa@bdfgroup.com

Attorneys for Defendant,
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL GRESHAM,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC;<br>DOES 1 TO 20, INCLUSIVE,<br><br>Defendants. | Case No.: 5:15-cv-00017-NC<br><br>*Assigned to Hon. Nathaneal Cousins*<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, CONTINUE DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT, AND CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** AS MODIFIED |

Plaintiff, Lowell Gresham ("Plaintiff"), by and through his attorney, Jeffery D. Kirk, and Defendant, NATIONSTAR MORTGAGE LLC ("Nationstar"), by and through its attorney, Daniel A. Valenzuela, jointly submit this Stipulation to withdraw Nationstar's Motion to Dismiss scheduled for hearing on March 4, 2015; continue Nationstar's deadline to respond to the Complaint to March 16, 2015; and continue the Case Management Conference scheduled for March 18, 2015 to April 17, 2015.

## **RECITALS**

1. WHEREAS, Nationstar removed this action to the U.S. District Court for the Northern District of California on January 2, 2015.

2. WHEREAS, the Court set an Initial Case Management Conference for March 18, 2015, and a deadline to file a Case Management Statement for March 11, 2015.

3. WHEREAS, Nationstar filed a Motion to Dismiss Plaintiff's Complaint on January 14, 2015, which is scheduled for hearing on March 4, 2015. Plaintiff filed an Opposition to the Motion to Dismiss on January 27, 2015.

4. WHEREAS, on January 27, 2015, Plaintiff and Nationstar, with the assistance of Howard Herman, Director of the Northern District Court ADR program, engaged in settlement discussions. Due to the nature of the settlement discussed and the claims asserted in the operative Complaint, the parties agreed to review and jointly assess the validity of the Complaint at the ADR telephone conference scheduled for February 26, 2015. The parties agree that the nature of the settlement will impact the claims. For this reason, the parties agree to forego testing the pleading at this time.

5. WHEREAS, the parties also agree that the Case Management Conference scheduled for March 18, 2015, should be continued for at least thirty-days so that the parties can focus their efforts on settling the matter.

NOW, THEREFORE, based on the foregoing, the parties, by and through their respective attorneys, hereby stipulate, subject to the Court's approval, as follows:

1. Nationstar hereby withdraws its Motion to Dismiss Plaintiff's Complaint without prejudice and requests that the Court remove the hearing date scheduled for March 4, 2015;

2. Nationstar shall file a response to the Complaint on or before March 16, 2015.

3. The Case Management Conference is continued for thirty-days from March 18, 2015 to April 17, 2015; and the FRCP, Rule 26 Joint Status Report is due on April 10, 2015.

Dated: January 29, 2015     LAW OFFICE OF JEFFREY D. KIRK

By: _____
Jeffery D. Kirk
Attorney for Plaintiff,
LOWELL GRESHAM


Dated: January 29, 2015     BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP


By: /s/ Daniel A. Valenzuela
Daniel A. Valenzuela
Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL GRESHAM,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC;<br>DOES 1 TO 20, INCLUSIVE,<br><br>Defendants. | Case No.: 5:15-cv-00017-NC<br><br>MODIFIED<br>[~~PROPOSED~~] **ORDER ON STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, CONTINUE DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT, AND CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to the stipulation between Plaintiff Lowell Gresham ("Plaintiff") and Defendant, Nationstar Mortgage LLC ("Nationstar"), the court orders as follows:

1. The Motion to Dismiss filed by Nationstar is hereby withdrawn without prejudice and the hearing date scheduled for March 4, 2015 is vacated;

2. Nationstar shall file a response to the Complaint on or before March 16, 2015.

///

///

3.     The Case Management Conference is continued to April ~~17~~ 29, 2015. The FRCP, Rule 26 Joint Status Report is due on April ~~10~~ 22, 2015.

**IT IS SO ORDERED.**

DATED: ____January 30____, 2015     _____
HON.
UNITED STATES MAGISTRATE JUDGE



GRANTED
Judge Nathanael M. Cousins

[~~PROPOSED~~] ORDER
2