EDWARD A. TREDER
State Bar No. 116307
CHRIS C. CHAPMAN
State Bar No. 234738
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
Email: chrisch@bdfgroup.com

Attorneys for Defendant,
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL GRESHAM,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC;<br>DOES 1 TO 20, INCLUSIVE,<br><br>Defendants. | Case No.: 5:15-cv-00017-NC<br><br>*Hon. Nathaneal Cousins*<br><br>**ORDER ON STIPULATION TO CONTINUE NATIONSTAR'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING STATUS CONFERENCE** |

Pursuant to the stipulation between Plaintiff Lowell Gresham ("Plaintiff") and Defendant, Nationstar Mortgage LLC ("Nationstar"), the court orders that Nationstar's August 14, 2015 response deadline is continued to October 16, 2015. The August 26, 2015 Status Conference is continued to October 28, 2015 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: August 12, 2015    _____
HON. NATHANAEL M. COUSINS
UNITED STATES DISTRICT JUDGE



1

## CERTIFICATE OF SERVICE (CCP 1013a, 2015.5, FRCP 5(d))

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I, Alexander Lauvray, hereby certify that on August 12, 2015, a true and correct copy of **[PROPOSED] ORDER ON STIPULATION TO CONTINUE NATIONSTAR'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUING STATUS CONFERENCE** was filed electronically and is available for viewing and downloading from the ECF system. **Unless noted with asterisk (*) below, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:**

| | |
|---|---|
| LAW OFFICE OF JEFFREY D. KIRK<br>JEFFREY D. KIRK<br>231 Market Place, #371<br>San Ramon. CA 94583 | ATTORNEYS FOR PLAINTIFFS<br>*Lowell Gresham* |

**\* VIA U.S. MAIL – PREPAID FIRST CLASS**

I served the aforesaid listed part(ies) designated with an asterisk (*) with the envelope for collection and mailing following ordinary practices.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at Diamond Bar, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration. Executed on August 12, 2015, at Diamond Bar, California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Alexander Lauvray